1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. 12-2178

MALLEUS DEI,                                    **ORDER DISMISSING CASE**

                    Plaintiff,

        v.

UNITED STATES GOVERNMENT,

                    Defendants.

_____/

On May 1, 2012, plaintiff "Malleus Dei" filed a complaint related to alleged "war crimes" committed by defendant United States Government.  Along with his complaint, plaintiff filed an application to proceed *in forma pauperis* ("IFP").  Pursuant to 28 U.S.C. § 1915(e)(2), a court may deny IFP status if it appears from the face of the proposed complaint that the action is frivolous or without merit.  *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990).  On May 21, 2012, Judge White, who was then assigned to this case, denied plaintiff's IFP application and dismissed plaintiff's complaint for failure to state a claim for relief.  *See* May 21, 2012 Order, dkt. 7, at 2.  Judge White allowed plaintiff to file an amended complaint by June 15, 2012, but warned that "failure to file a cognizable legal claim by this date shall result in dismissal of this action with prejudice."  *Id.*  On June 7, 2012, this Court related the case to two cases currently before the undersigned judge, *Robin Hood v. U.S. Government, et al.,* Case Nos. 12-1542 and 12-1788.

The only filing plaintiff has made in this case was also filed in the related cases, and is entitled "Declaration of (1443 Defendant)/Plaintiff to Incorporate and Separate actions as to hold All Intellectual Property rights too such actions."  *See* dkt. 11, filed June 13, 2012.  This filing does not cure the defects of plaintiff's original complaint in this case; it does not even address the complaint in this case.  Because

plaintiff has failed to file an amended complaint that states a cognizable legal claim as required by the

May 21, 2012 Order, this case is DISMISSED WITH PREJUDICE.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 18, 2012

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California

2