**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. 12-2178

MALLEUS DEI,

**JUDGMENT**

    Plaintiff,

v.

UNITED STATES GOVERNMENT,

    Defendants.

_____/

This action is dismissed for failure to state a claim.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: June 18, 2012

SUSAN ILLSTON
United States District Judge