IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. 12-2178

MALLEUS DEI,

**JUDGMENT**

        Plaintiff,

  v.

UNITED STATES GOVERNMENT,

        Defendants.

_____/

This action is dismissed for failure to state a claim. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: June 18, 2012

_____
SUSAN ILLSTON
United States District Judge